IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| Richard George Martin, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 17-1064 |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

This matter is before the Court on the government's motion for an order directing Attorney Mark Wertz to submit an affidavit in response to the defendant-petitioner's claim that counsel provided deficient performance at trial during his cross-examination of Chad Graff and by not cross-examining Nadine Gonzalez. The Court, being fully advised in the matter, and having reviewed Mr. Martin's motion under 28 U.S.C. § 2255, supporting memoranda, and supporting affidavit, GRANTS the motion.

The Court HEREBY FINDS that the factual representations made by the government in its motion are credible and, therefore, incorporates those facts as though fully set forth in this order.

The Court FURTHER FINDS that Mr. Martin has waived his attorney-client privilege regarding the above-described allegations.

IT IS HEREBY ORDERED that within 21 days of the entry date of this order, Mr. Wertz shall submit to the United States Attorney's Office, Central District of Illinois, an affidavit addressing as to each of the above-named witnesses the following questions: (1) Were there any discussions or communications between counsel and Mr. Martin prior to, during, or after trial concerning counsel's cross-examination of the witness; (2) If so, what was the substance of the discussion(s); and (3) What tactics, strategy, and/or factors, if any, led to counsel's decision as to how to cross-examine the witness (or not cross-examine the witness). To the extent counsel documented in writing any such discussions, communications, tactics, strategy, or factors, he shall append copies of such documentation to his affidavit.

IT IS FURTHER ORDERED that the government shall provide Mr. Wertz with a copy of this order.

IT IS FURTHER ORDERED that the government shall include a copy of Mr. Wertz's affidavit and documentation (if any) with its response in opposition to Mr. Martin's § 2255 motion and shall serve a copy of the same on Mr. Martin.

ENTERED this 20th day of March, 2017.

/s/ Michael M. Mihm
Michael M. Mihm
United States District Judge